# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

GLENN E. LOVETT,

    Petitioner,

vs.        CASE NO. 5:09cv197/RS-AK

KEETON CORRECTIONAL, INC.
and DONALD SCHICK, Director,

    Respondents.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 4). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. §2241 (Doc. 1) is transferred to the United States District Court for the Eastern District of Kentucky.

3. The clerk is directed to close the file.

**ORDERED** on August 31, 2009.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**